UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                    Case No. 2:99-cr-118-FTM-29DNF

THERESA ASHLEY
_____

**OPINION AND ORDER**

    This matter is before the Court on defendant's Motion For Modification or Reduction of Sentence Based Upon a Retroactive Guideline Amendment, Concerning Cocaine Base ("Crack") and Certain Criminal History Rules That Have the Effect of Lowering Guideline Range Pursuant to 18 U.S.C. § 3582(c)(2) and § 1B1.10(c) (Doc. #83) filed on March 21, 2008.  Defendant, for the second time in a month, seeks a reduction in her sentence in light of Amendment 706 to the United States Sentencing Guidelines, which reduces the base offense level for cocaine base offenses by two levels, and in light of Amendment 709, which made changes concerning a defendant's criminal history.  The Court has already ruled, in an Opinion and Order (Doc. #82) filed March 7, 2008, that defendant is not eligible for a reduction of her term of imprisonment under Amendment 706 because she was sentenced as a career offender, and that Amendment 709 has not been made retroactive.  The current motion will therefore be denied.

    Accordingly, it is now

    **ORDERED AND ADJUDGED:**

    Defendant's Motion For Modification or Reduction of Sentence Based Upon a Retroactive Guideline Amendment, Concerning Cocaine Base ("Crack") and Certain Criminal History Rules That Have the Effect of

Lowering Guideline Range Pursuant to 18 U.S.C. § 3582(c)(2) and § 1B1.10(c) (Doc. #83) is **DENIED**.

    **DONE AND ORDERED** at Fort Myers, Florida, this \_\_25th\_\_ day of March, 2008.

*/s/ John E. Steele*
JOHN E. STEELE
United States District Judge

Copies:
AUSA Molloy
Theresa Ashley
U.S. Probation
U.S. Marshal